UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Dawn Adler v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 12-cv-10233-DRH

*Stephanie M. Greene v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-13191-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Caitlin Fischer*
   **Deputy Clerk**

**Dated:**  May 16, 2014

*[signature: David R. Herndon]*
Digitally signed by David R. Herndon
Date: 2014.05.16 16:37:43 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**